NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,
*Plaintiff-Appellant,*

v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.
AND MATSUSHITA ELECTRIC CORPORATION OF
AMERICA,
*Defendants-Appellees,*

AND

JVC AMERICAS CORPORATION,
*Defendant-Appellee,*

AND

NOKIA CORPORATION AND NOKIA, INC.,
*Defendants-Appellees,*

AND

HEWLETT-PACKARD COMPANY,
*Defendant-Appellee,*

AND

PALM, INC.,
*Defendant-Appellee,*

AND

KYOCERA WIRELESS CORPORATION AND
KYOCERA COMMUNICATIONS, INC.,

*Defendants-Appellees,*

AND

**VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, LLC, POLAROID CONSUMER ELECTRONICS, LLC, POLAROID HOLDING COMPANY, AND POLAROID CORP.,**
*Defendants-Appellees,*

AND

**HTC CORPORATION, HTC (BVI) CORP., AND HTC AMERICA, INC.,**
*Defendants-Appellees,*

AND

**RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORP.,**
*Defendants-Appellees.*

---

2012-1348, -1349, -1350

---

Appeals from the United States District Court for the District of Delaware in case nos. 04-CV-1436, 06-CV-0404, and 08-CV-0371, Judge Leonard P. Stark.

---

**ON MOTION**

---

Before LOURIE, SCHALL and DYK, *Circuit Judges.*

LOURIE, *Circuit Judge.*

**O R D E R**

Defendants-Appellees move to dismiss these appeals for lack of jurisdiction and move for fees and costs. St.

Clair Intellectual Property Consultants, Inc. (St. Clair") does not oppose the dismissal without prejudice to refiling after entry of final judgment but opposes costs and fees. Defendants-Appellees reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeals are dismissed as premature.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 0 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dominic E. Massa, Esq.
    Mark Andrew Woodmansee, Esq.
    Huan-Yi Lin, Esq.
    Robert Francis Perry, Esq.
    Ralph Terrance Rader, Esq.
    Charlene M. Morrow, Esq.
    John G. Day, Esq.
    Richard de Bodo, Esq.
    Jack B. Blumenfeld, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 3 2012

JAN HORBALY
CLERK

ISSUED AS MANDATE: ___AUG 0 3 2012___